UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHANTEL HAMMOND, individually and on behalf of all others similarly situated,

               Plaintiff,

- against -

RENAISSANCE ENTERTAINMENT PRODUCTIONS, INC.,

               Defendant.

**ORDER**

25-CV-02796 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

Plaintiff initiated this action by filing a complaint on April 3, 2025, against Renaissance Entertainment Productions, Inc. ("Defendant"). (Doc. 1). Defendant was served on April 8, 2025. (Doc. 6). The docket reflects that Defendant has not responded to the complaint. *See* Fed. R. Civ. P. 12(a)(1)(A)(i) ("A defendant must serve an answer: . . . within 21 days after being served with the summons and complaint[.]"). There has been no activity on the docket since Plaintiff filed an affirmation of service. (Doc. 6).

Accordingly, by June 3, 2025, Plaintiff shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment against Defendant.

Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

                                        SO ORDERED.

Dated: White Plains, New York
       May 20, 2025

                                      _____
                                      PHILIP M. HALPERN
                                      United States District Judge