# BURSOR & FISHER
### P.A.

50 MAIN STREET
SUITE 475
WHITE PLAINS, NY 10606
www.bursor.com

November 21, 2025

> Application denied.
>
> The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 34.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> November 24, 2025

*Via ECF*
The Honorable Philip M. Halpern
Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street, Room 530
White Plains, NY 10601

Re:   *Hammond v. Renaissance Entertainment Productions, Inc.*,
      Case No. 7:25-cv-02796-PMH

Dear Judge Halpern:

    I represent Plaintiff Chantel Hammond ("Plaintiff") in the above-referenced action. I write with the consent of counsel for Defendant Renaissance Entertainment Productions, Inc. to jointly request that the Court stay this action pending completion of private mediation. The Parties have completed written and document discovery and have agreed to conduct a private mediation with Marc Isserles, Esq. of JAMS NY, which is scheduled for January 19, 2026. Pursuant to the Civil Case Discovery Plan and Scheduling Order (ECF No. 17), however, fact discovery is set to close in this matter on December 24, 2025. *See* ECF No. 17 at ¶ 5(a). Accordingly, without a stay of this action, the Parties would be forced to incur additional time and expense on depositions rather than focusing their efforts on resolution at the mediation.

    Therefore, the Parties respectfully request that the Court stay this action pending the January 19, 2026 mediation with Mr. Isserles, and direct the Parties to submit a joint status report on the status of settlement discussions on or before January 26, 2026. Should the case fail to settle at the mediation, the Parties will propose a schedule for the remainder of the case with their joint status report.

    We appreciate the Court's time and attention to this matter.

Respectfully submitted,

_/s/ Philip L. Fraietta_

Philip L. Fraietta

CC: All Counsel of Record (Via NYSCEF)