**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHANTEL HAMMOND, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>RENAISSANCE ENTERTAINMENT PRODUCTIONS, INC.,<br><br>     Defendant. | Civil Action No.: 7:25-cv-02796-PMH |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to the voluntary dismissal of Plaintiff's claims without prejudice.  Accordingly. Plaintiff hereby voluntarily dismisses her claims against Defendant Renaissance Entertainment Productions, Inc. without prejudice.

Dated: February 11, 2026

        Respectfully submitted,

        **BURSOR & FISHER, P.A**.

        By:___/s/_____
          Philip L. Fraietta

        Philip L. Fraietta
        50 Main Street, Suite 475
        White Plains, NY 10606
        Telephone:  (914) 874-0710
        Facsimile:   (914) 206-3656
        Email: pfraietta@bursor.com

        *Attorney for Plaintiff*

**GOLDBERG SEGALLA LLP**

By: ___/s/ James Macri___
James D. Macri

James D. Macri
665 Main Street
Buffalo, NY 14203
Telephone: (716) 844-3447
Email: jmacri@goldbergsegalla.com

*Attorney for Defendant*

2